DOROTHY F. BULKLEY *v.* WILLIAM G. ALBRECHT
ET AL., SUPERVISORS OF ELECTIONS
[No. 7, October Term, 1936.]

*Decided May 20th, 1936.*

The cause was argued, as of the April Term, before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Augustus C. Binswanger,* with who was *Enos S. Stockbridge* on the brief, for the appellant.

*Herbert R. O'Conor, Attorney General,* and *William L. Henderson* and *Charles T. LeVinness, 3rd, Assistant Attorney General,* submitting on brief, for the appellees.

The opinion was delivered *per Curiam.*